IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| INSIGHT COMMUNICATIONS COMPANY, L.P., | ) | |
|---|---|---|
| | ) | |
| | ) | **2:07cv378** |
| Plaintiff, | ) | **Electronic Filing** |
| | ) | |
| v. | ) | Judge Cercone |
| | ) | Magistrate Judge Mitchell |
| DIGIMAX CABLE TV, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

AND NOW, this 7th day of January, 2008, after the plaintiff, Insight Communications Co., LP, filed an action in the above-captioned case, and after the plaintiff submitted a motion for summary judgment against the defendant, Digimax Cable TV, Inc., and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Document No. 37), which is adopted as the opinion of this Court,

IT IS ORDERED that plaintiff's motion for summary judgment (Document No. 29) is GRANTED.

*DS Cercone*

David Stewart Cercone
United States District Judge

cc: Honorable Robert C. Mitchell
United States Magistrate Judge

Joseph F. McDonough, Esquire
James R. Walker, Esquire
Manion McDonough & Lucas
Suite 1414, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Laurence J. Zielke, Esquire
Nancy J. Schook, Esquire
Pedley Zielke Gordinier & Pence PLLC
462 South Fourth Avenue
Louisville, KT 40202

Vincent J. Restauri, Jr., Esquire
Vincent Restauri Law Offices
85 Firethorn Road
Baden, PA 15005